McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:03-cr-0371-MCE |
| Plaintiff, | STIPULATION AND ORDER RE: DEFENDANTS' RULE 29(c) MOTION FOR ACQUITTAL AND RULE 33 MOTION FOR NEW TRIAL |
| v. | |
| SHONDOR JANELL ARCENEAUX, and KENNETH RODGERS, et al., | |
| Defendants. | DATE: April 11, 2006
TIME: 8:30 a.m.
CTRM: Hon. Morrison C. England, Jr. |

The United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, submits this response to defendants Shondor Janell Arceneaux's and Kenneth Rodgers' Motion for Judgment of Acquittal pursuant to Rule 29(c) and, alternatively, Rule 33 Motion for a New Trial, hereby stipulate to reschedule the aforementioned motions from April 4, 2006, to April 11, 2006, at 8:30 a.m.

The government needs additional time to research to prepare its response to the defendants' motions. Accordingly, the parties

///

1

stipulate that the hearing on the motions be rescheduled to April 11, 2006, at 8:30 a.m.

DATED: March 28, 2006

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ William S. Wong
WILLIAM S. WONG
Assistant U.S. Attorney

DATED: March 28, 2006        By:  /s/ Tim Warriner
Tim Warriner, Esq., Attorney for Defendant Shondor Janell Arceneaux

DATED: March 28, 2006        By:  /s/ Michael D. Long
Michael D. Long, Esq., Attorney for Defendant Kenneth Deandre Rodgers

DATED: March 28, 2006        By:  /s/ Steven Bauer
Steven Bauer, Esq., Attorney for Defendant Michael Dennis Williams

_____

**ORDER**

**IT IS SO ORDERED**,

DATED: April 3, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE