PHILLIP A. TALBERT
Acting United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENT BLAKE,<br>MICHAEL WILLIAMS,<br>DEREK MADDOX,<br>DWAYNE SLATER, and<br>SHONDOR ARCEANEAUX,<br><br>Defendant. | 2:03-CR-00371-MCE-EFP P<br>and companion civil cases:<br>2:16-CV-01393-MCE, 2:16-CV-01397-MCE,<br>2:16-CV-01394-MCE, 2:16-CV-01326-MCE,<br>2:11-CV-02781-MCE<br><br>[~~PROPOSED~~] ORDER GRANTING<br>CONSOLIDATION AND EXTENSION OF TIME |

For the foregoing reasons and good cause having been shown, ~~in~~ the Government's Motion to File a Consolidated Response to Defendants Blake, Williams, Maddox, Slater, and Arceneaux's section 2255 petitions is GRANTED.[1]  Furthermore, the Government's requests for an extension of time to file its answering brief is GRANTED. The Government's Answering Brief is now due on October 17, 2016.

Dated: August 24, 2016

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

---

[1] With respect to defendant Arceneaux, the government shall respond to the second amended § 2255 motion, filed August 22, 2016 (ECF No. 1045).

1